686-15

# ELECTRONIC RECORD

COA #    02-13-00319-CR                OFFENSE:  38.04

STYLE:  Michael Oliver Smith v. The State of Texas        COUNTY:  Wichita

COA DISPOSITION:    AFFIRMED          TRIAL COURT:  78th District Court

DATE: 04/09/15          Publish: NO   TC CASE #:    52,047-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Michael Oliver Smith v. The State of Texas        CCA #:    686-15

_____ PRO SE _____ Petition              CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:  _____

_____ REFUSED _____                      JUDGE:  _____

DATE: 11/04/2015                         SIGNED: _____   PC: _____

JUDGE: _____                     PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD